**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NOS. 4:03CR00103-001** |
| | ) | **4:03CR00201-001** |
| **Plaintiff,** | ) | |
| | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **JUSTIN BURRIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter was heard on March 1, 2017 upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Carolyn M. Kucharski.

The violation report was referred to Magistrate Judge George J. Limbert who issued a Report and Recommendation on February 21, 2017 [Doc. 32].  Upon defendant's waiver of the statutory objection period, the Court adopted the Magistrate Judge's Report and Recommendation and found that the following terms of supervision had been violated as to Case No. 4:03CR00103-001:

> 1) new law violation incurred October 31, 2015;
>
> 2) leaving the judicial district without permission.

Upon the Court's inquiry, the defendant knowingly and voluntarily admitted to violating the terms of supervision as set forth above as to Case No. 4:03CR00201-001.

The Court found the violations to be Grade A and that defendant was a Criminal History Category VI.

The Court, upon consideration of statements from counsel and the defendant, committed defendant to the Bureau of Prisons for a period of 24 months to be served concurrently with defendant's state sentences.  Upon release from custody defendant's federal term of supervised release shall terminate.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.

**IT IS SO ORDERED.**


Dated: March 3, 2017                             *s/     James S. Gwin*
                                                                  JAMES S. GWIN
                                                                  UNITED STATES DISTRICT JUDGE